UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MILTON B. SCOTT,

    Plaintiff,

v.

GARY SWARTHOUT,

    Defendant.

Case No. 12-cv-04901-VC

**ORDER APPOINTING COUNSEL**

    The Court finds that the issues presented in this case warrant the appointment of counsel for the petitioner. The Court appoints Blanca Young and Hannah Shearer of Munger, Tolles & Olson LLP. Counsel may seek payment for this representation by contacting the Court's Criminal Justice Act Unit.

    The petitioner is ordered to file a supplemental brief, not to exceed 25 pages, by July 3, 2014. The supplemental brief should address the procedural and substantive legal issues associated with the admission of the out-of-court statements of Marcus Combs and Albert Griego. The supplemental brief need not be limited to these issues, but neither is it necessary to address every issue raised in the briefs that have already been filed.

    The respondents are ordered to file a response to the supplemental brief, not to exceed 25 pages, by July 25, 2014. The petitioner may file a reply, not to exceed 15 pages, by August 8, 2014. A hearing on the petition will take place on August 28, 2014 at 1:30 pm.

    **IT IS SO ORDERED.**

Dated: May 19, 2014

VINCE CHHABRIA
United States District Judge