# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Milton B. Scott, | Case No. 12-cv-04901-VC |
|     Petitioner, | Judge:   Hon. Vince Chhabria |
| vs. | **[PROPOSED]** ORDER MODIFYING BRIEFING SCHEDULE AS MODIFIED |
| Gary Swarthout, | |
|     Respondent. | |

The briefing schedule is modified as follows:  Petitioner is ordered to file a supplemental brief, not to exceed 25 pages, by July 17, 2014.  Respondent is ordered to file a response to the supplemental brief, not to exceed 25 pages, by August 8, 2014.  Petitioner may file a reply, not to exceed 15 pages, by August 22, 2014.  A hearing on the petition will take place on September 18, 2014 at 10:00 AM.

**IT IS SO ORDERED.**

DATED:  June 11, 2014

IT IS SO ORDERED AS MODIFIED

Judge Vince Chhabria

_____
Hon. Vince Chhabria
United States District Judge

12-cv-04901-VC

[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE