IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MILTON B. SCOTT,** | Case No. C 12-4901 VC (PR) |
| Petitioner, | **[PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE** |
| v. | |
| **GARY SWARTHOUT, Warden,** | |
| Respondent. | |

The briefing schedule is modified as follows: Respondent is ordered to file a supplemental brief not to exceed 25 pages by August 22, 2014. Petitioner may file a reply not to exceed 15 pages by September 5, 2014. A hearing on the petition will take place on October 2, 2014.

Dated: August 11, 2014

_____
The Honorable Vince Chhabria

1

[Proposed] Order (C 12-4901 VC (PR))