UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MILTON B. SCOTT,

    Plaintiff,

v.

GARY SWARTHOUT,

    Defendant.

Case No. 12-cv-04901-VC

**ORDER GRANTING MOTION TO AMEND**

Re: Dkt. No. 20

The petitioner's motion to amend is granted. The respondent may file a supplemental brief no longer than 15 pages by September 25, 2014.

**IT IS SO ORDERED**.

Dated: September 18, 2014

_____
VINCE CHHABRIA
United States District Judge