UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON B. SCOTT,<br><br>    Plaintiff,<br><br>v.<br><br>GARY SWARTHOUT,<br><br>    Defendant. | Case No. 12-cv-04901-VC<br><br>**ORDER** |

Counsel for Mr. Scott shall file a copy of the J&M videotape SPPD #05-6731, introduced as an exhibit in the underlying state court trials, as soon as practicable but no later than Wednesday, October 15 at 3:00 p.m.

**IT IS SO ORDERED**.

Dated: October 14, 2014

_____
VINCE CHHABRIA
United States District Judge