UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON B. SCOTT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GARY SWARTHOUT,<br><br>　　　　Respondent. | 12-cv-04901-VC<br><br>**JUDGMENT** |

The petition for writ of habeas corpus having been denied, judgment is entered in favor of Respondent. Petitioner shall obtain no relief by way of his petition. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: January 20, 2015

_____
VINCE CHHABRIA
United States District Judge